UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

---

JOHN RICHARD SIGERSETH,  Civil No. 16-3296 (JRT/TNL)

    Plaintiff,

v.  **ORDER**

NANCY A. BERRYHILL,

    Defendant.

---

    Paul A. Livgard, **LIVGARD & LLOYD, PLLP**, 2520 University Avenue Southeast, Suite 202, Minneapolis, MN 55414; Sonja R. Ortiz, 3121 West 69th Street, Edina, MN 55435, for plaintiff.

    Bahram Samie, Assistant United States Attorney, **UNITED STATES ATTORNEY'S OFFICE,** 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for defendant.

    Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated July 31, 2017 (Docket No. 20), along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that:

1.     Plaintiff's Motion for Summary Judgment (Docket No. 12) is **DENIED**; and

2.     Defendant's Motion for Summary Judgment (Docket No. 16) is **GRANTED**.

    **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: August 15, 2017  
at Minneapolis, Minnesota.      s/John R. Tunheim  
    JOHN R. TUNHEIM  
    Chief Judge  
    United States District Court